(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**

Clerk, U.S. District Court
Western District of Texas

By: _____AQ_____
Deputy

**UNITED STATES OF AMERICA**           §
                                        § CASE NUMBER: **EP:25-M -02347(1) LE**
vs.                                     § USM Number:
                                        §
**(1) RUBEN RODRIGUEZ-RENTERIA**        §
             Defendant.

**JUDGMENT IN A CRIMINAL CASE**

The defendant, **RUBEN RODRIGUEZ-RENTERIA**, was represented by counsel, Veronica Teresa Lerma.

On Motion by the United States, the Court has dismissed the Criminal Complaint.

The defendant pled guilty to the Information on May 27, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | May 9, 2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | May 9, 2025 |
| 8 USC 1325 | Improper Entry by an Alien | May 9, 2025 |

As pronounced on May 27, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **time served plus one (1) business day.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, May 27, 2025.

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE